UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| JANAY LITZ, | § No. 7:11-cv-00110-O |
| Plaintiff, | § |
| v. | § |
| FOCUS RECEIVABLES MANAGEMENT, LLC, | § |
| Defendant. | § |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, JANAY LITZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: January 19, 2012        RESPECTFULLY SUBMITTED,

By:   /s/ Michael S. Agruss, Esq.
Michael S. Agruss, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd.
10 N. Dearborn St.
3rd Floor
Chicago, IL 60602
Tel: 323-988-2400 x235
Fax: (866) 620-2956
Email: magruss@consumerlawcenter.com

NOTICE OF SETTLEMENT                 1

## CERTIFICATE OF SERVICE

    I hereby certify that on January 19, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on January 19, 2012, I served all counsel of record with a copy of this document by way of the CM/ECF system.

                By: /s/ Michael S. Agruss
                   Michael S. Agruss