# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| JANAY LITZ, | § No. 7:11-cv-00110-O |
| Plaintiff, | § |
| v. | § |
| FOCUS RECEIVABLES MANAGEMENT, LLC, | § |
| Defendant. | § |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JANAY LITZ ("Plaintiff"), and Defendant, FOCUS RECEIVABLES MANAGEMENT, LLC, ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: February 17, 2012

| | |
|---|---|
| KROHN & MOSS, LTD. | ROBBIE MALONE, PLLC |
| /s/ Michael S. Agruss | /s/ Robbie Malone |
| Michael S. Agruss (CA SBN: 259567) | Robbie Malone (SBN: 12876450) |
| Krohn & Moss, Ltd | Robbie Malone, PLLC |
| 10 N. Dearborn, 3rd Floor | Northpark Central, Suite 1850 |
| Chicago, Illinois 60602 | 8750 North Central Expressway |
| Tel: 323-988-2400 x235 | Dallas, Texas 75231 |
| Fax: (866) 620-2956 | (214) 346-2625 |
| magruss@consumerlawcenter.com | Fax: (214) 346-2631 |
| Attorney for Plaintiff, JANAY LITZ | rmalone@rmalonelaw.com |
| | Attorney for Defendant, |
| | FOCUS RECEIVABLES |
| | MANAGEMENT, LLC, |